**Jane M. Flynn, Bar No. 167466**
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
**Telephone:  (949) 862-4643**
**Facsimile:  (949) 862-4605**
**jane.flynn@fedex.com**

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JANKANS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, dba FEDEX EXPRESS, a Delaware Corporation, NANCY HANLON, an individual, and DOES 1 through 100,<br><br>Defendants. | **Case No.: 2:14-cv-05382-RSWL-JC**<br><br>**Hon. Ronald S.W. Lew**<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41**<br><br>Complaint Filed: May 7, 2014<br>Trial Date: August 25, 2015 |

Pursuant to Stipulation to Dismiss filed by the parties herein, the Court hereby orders the action dismissed in its entirety, with prejudice, each side to bear their own costs and attorney's fees.

SO ORDERED.

DATED: 3/17/2015     By: __RONALD S.W. LEW__
HON. RONALD S.W. LEW
SENIOR U.S. DISTRICT JUDGE

1104271 (60-14872)

1

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

ORDER DISMISSING ACTION WITH PREJUDICE
CASE NO. 2:14-CV-05382-RSWL-JC